argument and may reserve time for rebuttal. Counsel for Fernando Cabrales shall argue second at oral argument and may reserve time for surrebuttal.

**2007–0651. State v. Cabrales.**
Hamilton App. No. C–050682, 2007-Ohio-857. *This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County and has been consolidated with 2007–0595, State v. Cabrales, Hamilton App. No. C–050682, 2007-Ohio-857, for briefing and argument. To provide for an orderly briefing of the consolidated cases,*

It is ordered by the court, sua sponte, that briefing shall proceed as follows:

5) The State of Ohio shall file a brief pursuant to S.Ct.Prac.R. VI(5)(A), within 40 days from the date of this entry.

6) Fernando Cabrales shall file a brief pursuant to S.Ct.Prac.R. VI(5)(B).

7) The State of Ohio shall file a brief pursuant to S.Ct.Prac.R. VI(5)(C).

8) Fernando Cabrales may file a brief pursuant to S.Ct.Prac.R. VI(5)(D).

It is further ordered by the court that counsel for the State of Ohio shall argue first at oral argument and may reserve time for rebuttal. Counsel for Fernando Cabrales shall argue second at oral argument and may reserve time for surrebuttal.

## DISCIPLINARY CASES

**2006–1927. Cuyahoga Cty. Bar Assn. v. Griffin.**
This cause came on for further consideration upon the June 22, 2007 filing by respondent of a motion for modification of order and for an order permitting respondent to reimburse the Clients' Security Fund and pay court costs in installments. On June 26, 2007, relator filed a brief in reply. Upon consideration thereof,

It is ordered by the court that respondent's motion to pay court costs in installments is denied. It is further ordered that respondent is permitted to make reimbursement to the Clients' Security Fund for the amount of $5,722.00, owed to the fund, consistent with the terms of the Cognovit Promissory Note executed by respondent on June 20, 2007.

**2006–1927. Cuyahoga Cty. Bar Assn. v. Griffin.**
On March 14, 2007, this court suspended respondent for a period of two years. On May 24, 2007, respondent was held in contempt for failing to comply with the court's order of March 14, 2007, by failing to surrender his attorney registration card and failing to file an affidavit of compliance on or before April 13, 2007. On June 22, 2007, respondent filed an affidavit of compliance which included a statement that respondent is unable to locate his attorney registration card. On June 22, 2007, respondent also filed a motion to purge contempt. Upon consideration thereof,

It is ordered by the court that the motion is granted and respondent is purged of contempt of this court.

## MISCELLANEOUS DISMISSALS

**2007–0822. Clarke v. McFaul.**
Cuyahoga App. No. 89436, 2007-Ohio-1592. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due June 25, 2007, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–0881.  State ex rel. Ohio State Univ. Hosp. v. Indus. Comm.
Franklin App. No. 06AP–282.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 5, 2007*

[Cite as *07/05/2007 Case Announcements #2*, 2007-Ohio-3430.]

## DISCIPLINARY CASES

2007–0492.  Disciplinary Counsel v. Squire.
Board of Commissioners on Grievances and Discipline, No. 05–087 This cause is scheduled for oral argument on July 10, 2007. On June 29, 2007, Nathaniel R. Jones filed a notice of appearance on behalf of respondent. On July 2, 2007, Jones filed a motion for continuance of oral argument and indicated that he had a prior scheduling conflict he was unable to resolve. However, assignments in the Supreme Court take precedence over other assignments. Accordingly, upon consideration of respondent's motion for continuance of oral argument,

It is ordered by the court that the motion is denied.